# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03681 NYW

TERRY BEYERS,

Plaintiff, v.

USI INSURANCE SERVICES LLC,

Defendant,

---

## STIPULATED JOINT MOTION TO DISMISS WITH PREJUDICE

---

The Parties, Plaintiff Terry Beyers and Defendant USI Insurance Services have reached an amicable settlement in the above referenced matter. The Parties respectfully request that the Court dismiss all of the claims with prejudice, in the above action. The Parties stipulate that all claims shall be dismissed with prejudice, with each Party to bear their own costs and attorney fees.

Respectfully submitted this 16th day of March 2021,

| | |
|---|---|
| /s/ Sara A. Green | /s/ Stephen E. Baumann II |
| Sara A. Green | Alan L. McLaughlin |
| Bachus & Schanker, LLC | Stephen E. Baumann II |
| 101 W. Colfax Ave., Suite 650 | LITTLER MENDELSON, P.C. |
| Denver, Colorado 80202 | 1900 Sixteenth Street, Suite 800 |
| Tel: 303-893-9800 | Denver, CO  80202 |
| Fax: 303-893-9900 | Telephone:  303.629.6200 |
| Sara.green@coloradolaw.net | Facsimile:  303.629.0200 |
| | Email: amclaughlin@littler.com |
| | Email: sbaumann@littler.com |
| Attorney for Plaintiff | |
| | Attorneys for Defendant |